# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2023-3047
Lower Tribunal No. 2023CC-002559-0000-00

_____

ANTHONY ROLLS,

Appellant,

v.

WILLIAM STRICKLAND,

Appellee.

_____

Appeal from the County Court for Polk County.
Hope M. Pattey, Judge.

December 10, 2024

PER CURIAM.

   AFFIRMED.

WOZNIAK, SMITH and BROWNLEE, JJ., concur.


Anthony Rolls, Lakeland, pro se.

Thomas L. Dudash and Jonathan B. Trohn, of Campbell Trohn Tamayo & Aranda, P.A., Lakeland, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED